**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE TO FILE SPECIAL CLERK'S RECORD

Appellate case name:　　　Ex Parte Niteroi Jermone Davis

Appellate case number:　　01-17-00699-CR

Trial court case number:　　16018

Trial court:　　　　　　　21st District Court of Washington County

On September 11, 2017, this Court received a document entitled "Writ of Habeas Corpus" from appellant, Niteroi Jermone Davis, seeking to dismiss "Deferred Adjudication Community Supervision."

The district clerk is directed to prepare, certify, and file in this Court a special clerk's record containing a judgment or appealable order, the trial court's certification of the appellant's right of appeal of that judgment or appealable order, any notice of appeal, or a statement that no such judgment, appealable order, certification or notice of appeal exists in the record. *See* TEX. R. APP. P. 25.2(b), (d), 34.5(a)(12), (c)(1)-(2). Accordingly, the Court **ORDERS** the district clerk to file the special clerk's record **within 14 days of the date of this order**. *See id.* 25.2(a)(2), (d), 34.5(a), 37.1.

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
　　　　　　　　☑ Acting individually　　☐ Acting for the Court

Date: October 24, 2017